UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEIGH CASSELL,

        Plaintiff,

   vs.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
_____/

Case No. 21-CV-11348

HON. GEORGE CARAM STEEH

**ORDER ACCEPTING R&R (ECF No. 19), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 17) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 18)**

    Plaintiff Leigh Cassell brought this action pursuant to 42 U.S.C. §§ 405(g), challenging the final decision of defendant Commissioner of Social Security denying her application for disability insurance benefits. Both parties filed summary judgment motions (ECF No. 17; ECF No. 18) that were referred to the Magistrate Judge for Report and Recommendation ("R&R"). The Magistrate Judge issued his R&R on August 15, 2022, recommending that plaintiff's motion be denied, defendant's motion be granted, and the Commissioner's decision be affirmed.

    No timely objections were filed to the R&R. The court has reviewed the file, record, and Magistrate Judge's R&R. This court agrees with the

- 2 -

analysis conducted by the Magistrate Judge, and therefore accepts his recommendation. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 17) is DENIED.

IT IS HEREBY FURTHER ORDERED that defendant's motion for summary judgment (ECF No. 18) is GRANTED.

IT IS HEREBY FURTHER ORDERED that judgment enter for defendant.

Dated:  August 31, 2022

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE